**FILED**

08/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0370



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0370

HAMLIN CONSTRUCTION AND
DEVELOPMENT COMPANY INC., a
Montana Corporation; JERRY
HAMLINand BARBARA HAMLIN,
Individually and as TRUSTEES OF THE
HAMLIN FAMILY
REVOCABLE LIVING TRUST,

        Plaintiffs and Appellants,

    v.

MONTANA DEPARTMENT OF
TRANSPORTATION;
JOHN DOES 1-5; JANE DOES 1-5; ABC
ENTITIES,
ORGANIZATIONS OR AGENCIES 1-5,

        Defendants and Appellees.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Brenda L. Wahler,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this August 18, 2021.

_____

Bowen Greenwood, Clerk of the Supreme Court

c:      Stefan T. Wall, Denny Kevin Palmer, Christian Thomas Nygren, Hannah Clarice Woolsey